Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12344−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gregory J Sandberg
  aka Gregory Sandberg
  186 Andoloro Way
  Westville, NJ 08093

Social Security No.:
  xxx−xx−9328

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 7, 2017.

On September 28, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:        November 1, 2017
Time:        09:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 29, 2017
JAN: eag

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-12344-JNP
Gregory J Sandberg                                              Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 29, 2017
                              Form ID: 185             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
db             +Gregory J Sandberg,    186 Andoloro Way,    Westville, NJ 08093-1628
516632413      +BAYVIEW FINANCIAL LOAN,    2601 S. BAYSHORE DRIVE,    4TH FLOOR,    Miami, FL 33133-5413
516632414      +Bofifedbk/hrbmrld/atlc,    P.o. Box 105374,    Atlanta, GA 30348-5374
516632415      +Cnvrgt Hthcr,    121 Ne Jefferson St,    Peoria, IL 61602-1256
516632416      +Coml Accept,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
516855913      +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
516671247      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516743318      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516632422      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516632423      +SANTANDER CONSUMER,    P.O. BOX 961245,    Fort Worth, TX 76161-0244
516686599      +SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
516632424      +Schiller, Knapp, Lefkowitz, & Hertzel,    30 Montgomery Street,    Suite 1205,
                 Jersey City, NJ 07302-3835
516632426      +Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 29 2017 23:25:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 29 2017 23:25:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516632412      +E-mail/Text: EBNProcessing@afni.com Sep 29 2017 23:26:08      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
516652151       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2017 23:21:57
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
516871147      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 29 2017 23:26:30
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,    5th Floor,
                 Coral Gables, FL 33146-1837
516632417      +E-mail/Text: bknotice@erccollections.com Sep 29 2017 23:26:04      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516632418      +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 29 2017 23:26:45      Harley Davidson,
                 222 W. Adams,    Chicago, IL 60606-5307
516632420       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 29 2017 23:26:15      Jefferson Capital Syst,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
516845025       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 29 2017 23:26:16      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516716734       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2017 23:22:35
                 LVNV Funding, LLC its successors and assigns as,    assignee of Bluestem Brands, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516632421      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2017 23:21:51      Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
516827149      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2017 23:22:44
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
516632425      +E-mail/Text: bankruptcy@sw-credit.com Sep 29 2017 23:25:53      Southwest Credit Syste,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
516632427      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 29 2017 23:26:44      Webbank/fingerhut Fres,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
516632419      +E-mail/Text: bankruptcy.notices@hdfsi.com Sep 29 2017 23:26:46      harley davidson,
                 p.o. BOX 21829,    Carson City, NV 89721-1829
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Bayview Financial Loan,    2601 S. Bayshore Drive,    4th Floor,    Miami, FL 33133-5413
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 2 of 2            Date Rcvd: Sep 29, 2017
                              Form ID: 185               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com
              Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Gregory J Sandberg ecfbc@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```