Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.: 17–12344–JNP
          Chapter: 13
          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory J Sandberg
   aka Gregory Sandberg
   186 Andoloro Way
   Westville, NJ 08093

Social Security No.:
   xxx–xx–9328

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/20/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 20, 2019
JAN: ml

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-12344-JNP
Gregory J Sandberg                                                                        Chapter 13
         Debtor                            **CERTIFICATE OF NOTICE**

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Feb 20, 2019
                               Form ID: 148             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2019.
db             +Gregory J Sandberg,    186 Andoloro Way,    Westville, NJ 08093-1628
cr             +BSI Financial Services,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
516632413      +BAYVIEW FINANCIAL LOAN,    2601 S. BAYSHORE DRIVE,    4TH FLOOR,    Miami, FL 33133-5413
516632414      +Bofifedbk/hrbmrld/atlc,    P.o. Box 105374,   Atlanta, GA 30348-5374
516632415      +Cnvrgt Hthcr,    121 Ne Jefferson St,   Peoria, IL 61602-1256
516632416      +Coml Accept,    2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
516671247      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516743318      +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516632422      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
516632424      +Schiller, Knapp, Lefkowitz, & Hertzel,    30 Montgomery Street,    Suite 1205,
                 Jersey City, NJ 07302-3835
516632426     #+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
517298291      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste. 400,    Irving, TX 75038-2480
517298292      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste. 400,    Irving, TX 75038,    U.S. Bank Trust National Association,
                 c/o BSI Financial Services 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2019 00:14:36      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2019 00:14:33      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516632412      +EDI: AFNIRECOVERY.COM Feb 21 2019 04:28:00      Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
516652151       EDI: AIS.COM Feb 21 2019 04:28:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,   Oklahoma City, OK 73124-8848
516871147      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 21 2019 00:15:02
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,   5th Floor,
                 Coral Gables, FL 33146-1837
516855913      +EDI: AIS.COM Feb 21 2019 04:28:00      Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516632417      +E-mail/Text: bknotice@ercbpo.com Feb 21 2019 00:14:40      Enhanced Recovery Co L,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516632418      +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 21 2019 00:15:19       Harley Davidson,
                 222 W. Adams,   Chicago, IL 60606-5307
516632420       EDI: JEFFERSONCAP.COM Feb 21 2019 04:28:00      Jefferson Capital Syst,   16 Mcleland Rd,
                 Saint Cloud, MN 56303
516845025       EDI: JEFFERSONCAP.COM Feb 21 2019 04:28:00      Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
516716734       EDI: RESURGENT.COM Feb 21 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Bluestem Brands, Inc.,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516632421      +EDI: RESURGENT.COM Feb 21 2019 04:28:00      Lvnv Funding Llc,   Po Box 10497,
                 Greenville, SC 29603-0497
516827149      +EDI: PRA.COM Feb 21 2019 04:28:00      Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517142246       E-mail/Text: peritus@ebn.phinsolutions.com Feb 21 2019 00:15:41
                 PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac,    PO BOX 141419,   Irving, Tx 75014-1419
517142247       E-mail/Text: peritus@ebn.phinsolutions.com Feb 21 2019 00:15:41
                 PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac,    PO BOX 141419,   Irving, Tx 75014-1419,
                 PERITUS PORTFOLIO SERVICES II, LLC, LLC/,    PO BOX 141419,   Irving, Tx 75014-1419
516632423      +EDI: DRIV.COM Feb 21 2019 04:28:00      SANTANDER CONSUMER,   P.O. BOX 961245,
                 Fort Worth, TX 76161-0244
516686599      +EDI: DRIV.COM Feb 21 2019 04:28:00      SANTANDER CONSUMER USA INC.,   P.O. BOX 560284,
                 DALLAS, TX 75356-0284
516632425      +EDI: SWCR.COM Feb 21 2019 04:28:00      Southwest Credit Syste,   4120 International Pkwy,
                 Carrollton, TX 75007-1958
516632427      +EDI: BLUESTEM Feb 21 2019 04:28:00      Webbank/fingerhut Fres,   6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
516632419      +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 21 2019 00:15:19       harley davidson,
                 p.o. BOX 21829,   Carson City, NV 89721-1829
                                                                                                TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Bayview Financial Loan,   2601 S. Bayshore Drive,   4th Floor,   Miami, FL 33133-5413
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Feb 20, 2019
                              Form ID: 148             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2019 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Mitchell L Chambers, Jr.    on behalf of Debtor Gregory J Sandberg ecfbc@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```